# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **No. CR-11-298-F** |
| | ) | |
| **CONNELL C. WILLIAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLEA AGREEMENT

### Introduction

1.     This document contains the entire plea agreement between defendant, Connell C. Williams, and the United States through its undersigned attorney. No other agreement or promise exists, nor may any additional agreement be entered into unless in writing and signed by all parties. Any unilateral modification of this agreement is hereby rejected by the United States. This agreement applies only to the criminal violations described and does not apply to any civil matter or any civil forfeiture proceeding except as specifically set forth. This agreement binds only the United States Attorney's Office of the Western District of Oklahoma and does not bind any other federal, state or local prosecuting, administrative or regulatory authority. **If defendant does not accept the terms of this agreement by 8:00 a.m. on Monday, February 25, 2013**, the offer is withdrawn.

## Guilty Plea

2.     Defendant agrees to enter a plea of guilty to Count 1 of the Indictment in this case, charging that the defendant unlawfully killed M.H., with malice aforethought, while perpetrating child abuse in violation of Title 18, United States Code, Sections 1111(a) and (b).  To be found guilty of violating 18 U.S.C. §§ 1111(a) and (b), defendant must admit that his acts caused the death of M.H.; that the death of M.H. occurred as a consequence of, and while the defendant was engaged in committing, child abuse; and that the killing took place within the territorial jurisdiction of the United States.

## Maximum Penalty, Restitution and Special Assessments

3.     By statute, the penalty that must be imposed as a result of this plea is imprisonment for life and a fine of up to $250,000.00 as well as a mandatory special assessment of $100.00.

4.     In addition, the Court must order the payment of restitution to the victim(s) of the offense.

5.     Defendant agrees to pay the special assessment due the United States to the Office of the United States Court Clerk immediately following sentencing.

## Waiver of Right to Appeal and Bring Collateral Challenge

6.     Defendant understands that 28 U.S.C. § 1291, and 18 U.S.C. 3742, give him the right to appeal the judgment and sentence imposed by the Court.  Acknowledging all this, defendant in exchange for the promises and concessions made by the United States

in this plea agreement, knowingly and voluntarily waives his right to:

      a.     Appeal or collaterally challenge his guilty plea, sentence and restitution imposed, all pre-trial rulings of the Court, including but not limited to, pre-trial dispositions of motions and issues, and any other aspect of his conviction;

      b.     Appeal, collaterally challenge, or move to modify under 18 U.S.C. § 3582(c)(2) or some other ground, his sentence as imposed by the Court.

## The Obligations of the United States

7.     If defendant enters a plea of guilty as described above and fully meets all obligations under this agreement, he will not be further prosecuted by the United States Attorney's Office for the Western District of Oklahoma for any crimes related to the Indictment in this case.  This agreement does not provide any protection against prosecution for any crime not specifically described above.

8.     If defendant enters a plea of guilty as described above, the plea is accepted by the Court, the Court finds him guilty of the charge, and he fully meets all obligations under this agreement, the United States will withdraw its Notice of Intent to Seek the Death Penalty filed pursuant to 18 U.S.C. § 3593(a).

## Signatures

9.     By signing this agreement, defendant acknowledges that he has discussed its terms with his attorney(s) and understands and accepts those terms.  Further, defendant acknowledges that this document contains the only terms of the agreement concerning his

plea of guilty in this case, and that there are no other deals, bargains, agreements, or understandings which modify or alter these terms.

Dated this 25th day of February, 2013.

**APPROVED:**

_____
SANFORD C. COATS
United States Attorney

_____
RANDAL A. SENGEL
Assistant U.S. Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
(405) 553-8745 (Office)
(405) 553-8888 (Fax)

_____
CONNELL C. WILLIAMS

_____
GARY S. PETERSON
Attorney for Defendant

_____
MARK L. HENRICKSEN
Attorney for Defendant